# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY ERNEST RIVERS,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No:   6:14-cv-1429-Orl-22DAB

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **[UNOPPOSED] MOTION TO REMAND TO AGENCY (Doc. No. 24)**
>
> **FILED:**    **July 30, 2015**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

It is respectfully **RECOMMENDED** that the decision of the Commissioner be **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case by **REMANDED** to the Commissioner of Social Security for the following reasons:

> Upon remand, an administrative law judge (ALJ) will further evaluate Plaintiff's residual functional capacity and if necessary obtain evidence from a vocational expert.

Doc. 24.

It is further respectfully **RECOMMENDED** that The Clerk of the Court by directed to enter a separate final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 31, 2015.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy