# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY ERNEST RIVERS,**

      **Plaintiff,**

**v.**                                                         **Case No:   6:14-cv-1429-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant's [Unopposed] Motion for Entry of Judgment with Remand (Doc. No. 24) filed on July 30, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 31, 2015 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's [Unopposed] Motion for Entry of Judgment with Remand is hereby GRANTED.

3. The decision of the Commissioner is hereby REVERSED under sentence 4 of 42 U.S.C. §405(g) and the case be REMANDED to the Commissioner of Social Security to further evaluate Plaintiff's residual functional capacity and if necessary obtain evidence from a vocational expert.

4. The Clerk is directed to enter a final judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties