# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY ERNEST RIVERS,**

      **Plaintiff,**

v.                                                                                  Case No:    6:14-cv-1429-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Second Request for Authorization to Charge a Reasonable Fee (Doc. No. 38) filed on August 12, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 14, 2017 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Richard A. Culbertson's Unopposed Second Request for Authorization to Charge a Reasonable Fee is hereby GRANTED. Counsel is authorized to charge his client $25,066.63, consistent with the fee agreement and his representation that he has deducted the EAJA award from his request.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties